CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                             Civil/Criminal No.: __21-CR-488 (CRC)__

NOAH S. BACON

## NOTE FROM JURY

We the jury have reached a unanimous verdict that is ready to be delivered.

Date: 03/02/2023

Time: 1:40 pm

FOREPERSON

March 2, 2023, 1340 hours.
CSO. Kenny Temoupasiri